CHARLES ABERNETHY, Respondent, v. GEORGE T. KNIGHT, Appellant.

(Argued April 23, 1872; decided November 19, 1872.)

All concur for affirmance, except FOLGER and GROVER, JJ., dissenting.

No opinion.

Judgment affirmed.